## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned certifies as follows:

1. I have reviewed the complaint in this matter against TwentyFirst Century Fox, Inc. ("Fox") and others and authorized the filing thereof.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Fox securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

5. I have not sought to serve or served as a class representative under the federal securities laws in the last three years, other than as listed below (if any):

*In re Grupo Televisa Securities Litigation*, No. 1:18-cv-01979 (March 5, 2018)

6. I will not accept any payment for serving as a representative party beyond the undersigned's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Date: July 17, 2018

_____
Mel Gross

| Transaction<br>(Purchase or Sale) | Trade Date | Quantity | Price per Share |
|---|---|---|---|
| Purchase | March 22, 2017 | 33 | $30.8876 |
| Purchase | March 28, 2017 | 7 | $32.5571 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |